| | | | |
|---|---|---|---|
| CASE NO: 13-60757 | DEBTOR: XXX-XX-6321 | | |
| STATUS: COMP - 0.00% | DUNBAR, JAMES DAVID | SCHEDULE: | 225.00 MONTHLY |
| | AKA: | | 13,725.00 |
| DATE FILED: 03/28/2013 | 3011 MAXINE AVE NE | ON SCHEDULE: | 13,725.00 |
| CONFIRMED: 03/27/2014 | CANTON, OH 44705-3850 | ACTUAL PAYMENTS: | 13,725.00 |
| | | AMOUNT BEHIND: | 0.00 |
| PERCENTAGE: .000 | ATTORNEY: GERALD B GOLUB ESQ | | |
| PLAN: 73 MONTHS | 1340 MARKET AVE NORTH | | |
| 1st PAYMENT DUE: 04/2013 | CANTON, OH 44714 | | |
| | Phone: 330 452-8755 Fax: | | |

**DEBTOR PAYMENTS INTO PLAN**
(Date Payment Posted - Amount of Payment)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ( Apr 04, 2013 | 150.00 ) | ( May 16, 2013 | 150.00 ) | ( Jun 24, 2013 | 150.00 ) | ( Jul 16, 2013 | 150.00 ) | ( Aug 20, 2013 | 150.00 ) |
| ( Sep 17, 2013 | 150.00 ) | ( Oct 16, 2013 | 150.00 ) | ( Nov 19, 2013 | 150.00 ) | ( Dec 17, 2013 | 150.00 ) | ( Jan 14, 2014 | 150.00 ) |
| ( Feb 19, 2014 | 150.00 ) | ( Mar 18, 2014 | 150.00 ) | ( Apr 17, 2014 | 225.00 ) | ( May 20, 2014 | 150.00 ) | ( Jun 17, 2014 | 225.00 ) |
| ( Jul 15, 2014 | 225.00 ) | ( Aug 19, 2014 | 225.00 ) | ( Sep 18, 2014 | 225.00 ) | ( Oct 16, 2014 | 225.00 ) | ( Nov 20, 2014 | 225.00 ) |
| ( Dec 16, 2014 | 225.00 ) | ( Jan 22, 2015 | 225.00 ) | ( Feb 19, 2015 | 225.00 ) | ( Mar 19, 2015 | 225.00 ) | ( Apr 14, 2015 | 225.00 ) |
| ( May 19, 2015 | 225.00 ) | ( Jun 16, 2015 | 225.00 ) | ( Jul 14, 2015 | 225.00 ) | ( Aug 18, 2015 | 225.00 ) | ( Sep 15, 2015 | 225.00 ) |
| ( Oct 20, 2015 | 225.00 ) | ( Nov 17, 2015 | 225.00 ) | ( Dec 15, 2015 | 225.00 ) | ( Jan 21, 2016 | 225.00 ) | ( Mar 23, 2016 | 300.00 ) |
| ( Apr 19, 2016 | 225.00 ) | ( May 17, 2016 | 225.00 ) | ( Jun 14, 2016 | 225.00 ) | ( Jul 19, 2016 | 225.00 ) | ( Aug 16, 2016 | 225.00 ) |
| ( Sep 20, 2016 | 225.00 ) | ( Oct 18, 2016 | 225.00 ) | ( Nov 15, 2016 | 225.00 ) | ( Dec 22, 2016 | 225.00 ) | ( Jan 19, 2017 | 225.00 ) |
| ( Feb 14, 2017 | 225.00 ) | ( Mar 20, 2017 | 225.00 ) | ( Apr 18, 2017 | 225.00 ) | ( May 23, 2017 | 225.00 ) | ( Jun 20, 2017 | 225.00 ) |
| ( Jul 18, 2017 | 225.00 ) | ( Aug 15, 2017 | 225.00 ) | ( Sep 19, 2017 | 225.00 ) | ( Oct 17, 2017 | 225.00 ) | ( Nov 14, 2017 | 225.00 ) |
| ( Dec 19, 2017 | 225.00 ) | ( Jan 18, 2018 | 225.00 ) | ( Feb 26, 2018 | 225.00 ) | ( Mar 20, 2018 | 225.00 ) | ( Apr 18, 2018 | 225.00 ) |
| ( May 17, 2018 | 225.00 ) | ( Jun 19, 2018 | 225.00 ) | ( Jul 23, 2018 | 225.00 ) | ( Sep 10, 2018 | 225.00 ) | ( Sep 26, 2018 | 225.00 ) |

Total payments received from March 28, 2013 to October 01, 2018: **13,725.00**
Less Debtor payment adjustments: **.00**
Total payments applied to Plan: **13,725.00**

**DIRECT PAY AND NOT FILED CLAIMS**

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 003 | 202205 | CARRINGTON MORTGAGE SERVICES LI | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |
| 105 | 192677 | DOMINION EAST OHIO | PRO | UNS | 0.00 | 0.00 | 135.37 | 0.00 | 0.00 | NOT FILED |
| 106 | 146968 | PROMPT RECOVERY SVC | PRO | UNS | 0.00 | 0.00 | 33.00 | 0.00 | 0.00 | NOT FILED |
| 107 | 168893 | STARK COUNTY METRO SEWER DISTRI | PRO | UNS | 0.00 | 0.00 | 193.60 | 0.00 | 0.00 | NOT FILED |
| 108 | 203937 | VERIZON BY AMERICAN INFOSOURCE L | PRO | UNS | 0.00 | 0.00 | 130.69 | 0.00 | 0.00 | NOT FILED |

**CLAIMS FILED**

| CLAIM NO | CREDITOR NAME | DISB CODE | CLASS | INT. RATE | FIX PAY | LAST DISB | CLAIM AMT | PRIN. PAID | PRIN. DUE |
| | CLAIM REMARK | | PAY% | INT. BEGIN | ARREARS | | TO BE PAID | INT. PAID | INT. DUE |
|---|---|---|---|---|---|---|---|---|---|
| 001 | AMERICAN ELECTRIC POWER | PRO | UNS | | 0.00 | | 121.30 | 0.00 | 0.00 |
| | | | .0000 | | 0.00 | | 0.00 | 0.00 | 0.00 |
| 002-2 | STARK COUNTY TREASURER | FIX | SEC | 3.0000 | 109.00 | | 9,292.57 | 6,771.08 | 2,521.49 |
| | | | 100.0000 | 03/28/2013 | 0.00 | 09/2018 | 9,292.57 | 422.92 | 6.30 |
| 003A | CARRINGTON MORTGAGE SERVICES LI | PRO | SEC | | 0.00 | | 384.40 | 320.25 | 64.15 |
| | | | 100.0000 | | 0.00 | 09/2018 | 384.40 | 0.00 | 0.00 |
| 004 | AMERICAN TAX FUNDING LLC | PRO | SEC | 12.0000 | 0.00 | | 3,000.00 | 2,229.37 | 770.63 |
| | Per Agreed Order 3/12/14 | | 100.0000 | 07/24/2013 | 0.00 | 09/2018 | 3,000.00 | 1,549.25 | 7.71 |
| 004 | AMERICAN TAX FUNDING LLC | PRO | UNS | | 0.00 | | 10,104.38 | 0.00 | 0.00 |
| | | | .0000 | | 0.00 | | 0.00 | 0.00 | 0.00 |
| 005 | CANTON CITY UTILITIES | PRO | UNS | | 0.00 | | 105.66 | 0.00 | 0.00 |
| | | | .0000 | | 0.00 | | 0.00 | 0.00 | 0.00 |
| 699 | CHARLES G SNYDER CO | FIX | ADM | | 225.00 | | 225.00 | 225.00 | 0.00 |
| | | | 100.0000 | | 0.00 | 05/2013 | 225.00 | 0.00 | 0.00 |
| 700 | GERALD B GOLUB ESQ | PRO-A | ATY | | 0.00 | | 500.00 | 0.00 | 500.00 |
| | to be paid upon completion of case | | 100.0000 | | 0.00 | | 500.00 | 0.00 | 0.00 |

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

THE COMMITMENT PERIOD OR THE NUMBER OF MONTHS YOU ARE REQUIRED TO PAY INTO YOUR PLAN IS DETERMINED AT CONFIRMATION. IF YOU HAVE NOT SATISFIED THE COMMITMENT PERIOD FOR YOUR CASE, THE BALANCE REFLECTS 100% OF THE CLAIMS FILED IN YOUR CASE.

CASE NO: 13-60757  DEBTOR: XXX-XX-6321
STATUS: COMP - 0.00%  DUNBAR, JAMES DAVID  SCHEDULE: 225.00 MONTHLY

## CLAIMS FILED

| CLAIM NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS PAY% | INT. RATE INT. BEGIN | FIX PAY ARREARS | LAST DISB | CLAIM AMT TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|
| 799 | GERALD B GOLUB ESQ | FIX | ATY 100.0000 | | 150.00 0.00 | 03/2015 | 1,281.00 1,281.00 | 1,281.00 0.00 | 0.00 0.00 |
| | Trustee Administrative Fees | | | | | | 916.13 | 916.13 | |
| | | | | TOTALS: | 484.00 0.00 | | 25,930.44 15,599.10 | 11,742.83 1,972.17 | 3,856.27 14.01 |

| | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| AMT TO BE PAID: | 225.00 | 1,781.00 | 0.00 | 12,676.97 | 0.00 | 0.00 | | |
| PAID BY TRUSTEE: | 225.00 | 1,281.00 | 0.00 | 9,320.70 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 500.00 | 0.00 | 3,356.27 | 0.00 | 0.00 | DUE CREDITORS: | 3,870.28 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 14.01 | 0.00 | 0.00 | EXPECTED ADMIN: | 0.00 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 10.00 |
| BALANCE DUE: | 0.00 | 500.00 | 0.00 | 3,370.28 | 0.00 | 0.00 | APPROX BALANCE: | 3,860.28 |

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

THE COMMITMENT PERIOD OR THE NUMBER OF MONTHS YOU ARE REQUIRED TO PAY INTO YOUR PLAN IS DETERMINED AT CONFIRMATION. IF YOU HAVE NOT SATISFIED THE COMMITMENT PERIOD FOR YOUR CASE, THE BALANCE REFLECTS 100% OF THE CLAIMS FILED IN YOUR CASE.